IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES ORSENO,**<br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**EAGLEVILLE HOSPITAL,**<br>　　　　　　**Defendant.** | **CIVIL ACTION**<br><br><br><br><br>NO. 2:25-CV-04372 |

## ORDER

**AND NOW**, this 24th day of September, 2025, upon consideration of Defendants' Motion to Dismiss (ECF Nos. 3 & 7) and Plaintiff's Response thereto (ECF Nos. 5), in accordance with the accompanying opinion, it is **HEREBY ORDERED** that Defendant's Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) is:

1. **DENIED** with respect to Claim I under the FLSA, 29 U.S.C. § 207, *et seq.*, except as set forth below.

2. **DENIED** with respect to Claim II under the PMWA, 43 P.S. § 333.101 *et seq.*, except as set forth below.

3. **GRANTED** with respect to Claim IV under the FMLA, 29 U.S.C § 2615, which is hereby **DISMISSED WITHOUT PREJUDICE**.

With regards to Defendant's argument that Plaintiff's recovery under the FLSA and PMWA is limited, it is **FURTHER ORDERED** that:

1. Plaintiff is precluded from recovering more than three years of damages under the PMWA.

2. Plaintiff is precluded from recovering more than two years of damages under the FLSA.

3. Plaintiff is precluded from recovering under the willfulness prong of the FLSA.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

_____
**WENDY BEETLESTONE, C.J.**